IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00184-REB-CBS

ROBERT LEE EDWARDS,

 Plaintiff,

v.

SUNSTONE SH HOTELS, LLC, d/b/a HOLIDAY INN OF CRAIG,
MIKKI O'BRIEN, individually and as General Manager of Holiday Inn of Craig,

 Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

 The matter comes before the court on the **Stipulated Motion to Dismiss** [#24], filed June 28, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the **Stipulated Motion to Dismiss** [#24], filed June 28, 2006, is **GRANTED**; and

 2. That this action **IS DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

 Dated June 29, 2006, at Denver, Colorado.

              **BY THE COURT:**

              s/ Robert E. Blackburn
              **Robert E. Blackburn**
              **United States District Judge**